**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :
                                :
    CHAD E. NORTHEIMER,         :    CHAPTER 13
                                :
            Debtor              :    BKRTCY. NO. 24-11928 pmm


**ORDER ON DEBTOR'S APPLICATION GRANTING ADDITIONAL TIME TO FILE
CHAPTER 13 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS,
<u>CHAPTER 13 PLAN, AND ALL OTHER NECESSARY DOCUMENTS</u>**

Upon Consideration of the Debtor Motion to Extend Time to file
Chapter 13 Schedules, Statement of Financial Affairs, Chapter 13
Plan, and all other necessary  (the "Motion," doc. no. 9)

It Is hereby **ORDERED** that Motion is **granted** and the

Debtor herein shall have until **July 1, 2024,** to file the

Chapter 13 Schedules and all other remaining documents.


                              **BY THE COURT:**


        Date: 06/21/2024        *Patricia M. Mayer*
                              _____
                              **PATRICIA M. MAYER
                              UNITED STATES BANKRUPTCY JUDGE**