United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11928-pmm |
| Chad E. Northeimer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad E. Northeimer, 328 Penn Ave., Reading, PA 19611-1145 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 22 2024 07:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17 bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | on behalf of Debtor Chad E. Northeimer kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 21, 2024 | Form ID: pdf900 | Total Noticed: 2

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

```
              UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

  IN RE:                        :
                                :
     CHAD E. NORTHEIMER,         :    CHAPTER 13
                                :
           Debtor                :    BKRTCY. NO. 24-11928 pmm
```

### ORDER ON DEBTOR'S APPLICATION GRANTING ADDITIONAL TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, <u>CHAPTER 13 PLAN, AND ALL OTHER NECESSARY DOCUMENTS</u>

Upon Consideration of the Debtor Motion to Extend Time to file Chapter 13 Schedules, Statement of Financial Affairs, Chapter 13 Plan, and all other necessary (the "Motion," doc. no. 9)

It Is hereby **ORDERED** that Motion is **granted** and the Debtor herein shall have until **July 1, 2024,** to file the Chapter 13 Schedules and all other remaining documents.

BY THE COURT:

Date: 06/21/2024

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**