**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CHAD E. NORTHEIMER, | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKRTCY. NO. 24-11928 pmm |

## CERTIFICATION REGARDING PAY STUBS IN LAST 60 DAYS

The undersigned, counsel to the Debtor, hereby certifies that he has examined the financial records and affairs of the Debtor and inquired of the Debtor regarding the receipt of income and its sources, and that the attached pay stub from pay date 4/12/2024 is the only pay received in the 60 days prior to the filing. Debtor has taken a new position and was in transition to the new employment at the time of filing.

Respectfully submitted,

Date: 7.9.2024

**LAW OFFICE OF**
**KEVIN K. KERCHER, ESQUIRE, P.C.**

/s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third St., Ste. C-2
Whitehall, PA 18052
(610) 264-4120 Phone
(610) 264-2990 Fax
**Attorney for Debtor**

1

PAYCOR, INC.
4811 MONTGOMERY ROAD
CINCINNATI OH 45212

CHAD ERIC NORTHEIMER
EMPLOYEE ID: 2250
DEPARTMENT: 10161201
DD RECEIPT:    1000649305



FEIN: 31-1299990
Pay Period   03/24/2024 - 04/06/2024
Pay Date     04/12/2024

FITWH    Filing Status: S
PA       Filing Status: S  Exemptions: 0

| Earnings | RATE | HOURS WK 1 | HOURS WK 2 | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Salary |  |  |  |  |  | 10,384.62 |
| Hol |  |  |  |  | 24.00 |  |
| CatchupPay |  |  |  | 5,406.93 |  | 5,406.93 |
| Comm |  |  |  |  |  | 3,233.50 |
| CommAllowT |  |  |  |  |  | 120.00 |
| ELOA - PTO |  |  |  |  | 48.00 | 2,076.93 |
| FLOATING |  |  |  |  | 8.00 | 346.15 |
| GL50 |  |  |  |  |  | 3.32 |
| GL50-X |  |  |  |  |  | 13.21 |
| PTO |  |  |  |  | 176.00 | 1,384.62 |
| Total |  |  |  | $5,406.93 | 256.00 | $22,969.28 |
| Total Hours Worked |  |  |  |  |  |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k |  | 522.78 |
| Vision Ins |  | 17.15 |
| Total |  | $539.93 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 895.30 | 3,248.27 |
| MED | 78.40 | 332.81 |
| SOC | 335.23 | 1,423.04 |
| PA | 165.99 | 704.13 |
| PAEUC | 3.79 | 16.08 |
| PAWFQ | 54.07 | 229.36 |
| PAWFQL | 2.00 | 12.00 |
| Total | $1,534.78 | $5,965.69 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| PTO |  |  | 0.00 |
| YH |  |  | 0.00 |

Net Pay    XXXXXX8044    $3,872.15

| Other Amount | CURRENT | YTD |
|---|---|---|
| KMtchTr |  | 339.80 |

| Other Hours | CURRENT | YTD |
|---|---|---|
| ‡ELOA-UNPD |  | 56.00 |

---

THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

PAYCOR, INC.
4811 MONTGOMERY ROAD
CINCINNATI OH 45212

Direct Deposit #    1000649305
Date    04/12/2024

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

Pay to the
Order of

10161201    DD

CHAD ERIC NORTHEIMER
328 PENN AVE APT 6
WEST READING PA 19611-1145

DIRECT DEPOSIT    $3,872.15
TO ACCOUNT #    XXXXXX8044
BANK #    XXXXXX5663

NON-NEGOTIABLE