| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11928-PMM**

| | |
|---|---|
| Chad E. Northeimer<br>328 Penn Ave.<br>Reading  PA   19611 | Petition Filed Date: 06/05/2024<br>341 Hearing Date: 08/06/2024<br>Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $1,812.27 | $0.00 | $0.00 |
| 2 | UGH I LLC<br>»» 002 | Unsecured Creditors | $8,866.77 | $0.00 | $0.00 |
| 3 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $3,116.95 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,763.55 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $114.84 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $2,623.78 | $0.00 | $0.00 |
| 7 | RESURGENT RECEIVABLES, LLC<br>»» 007 | Unsecured Creditors | $824.39 | $0.00 | $0.00 |
| 8 | BMW FINANCIAL SERVICES NA<br>»» 008 | Unsecured Creditors | $14,165.14 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL GROUP LLC<br>»» 009 | Unsecured Creditors | $21,204.27 | $0.00 | $0.00 |
| 10 | TRUIST BANK<br>»» 010 | Unsecured Creditors | $14,442.12 | $0.00 | $0.00 |
| 11 | AMERICAN INFOSOURCE LP<br>»» 011 | Unsecured Creditors | $381.80 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $1,245.43 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA NA<br>»» 013 | Unsecured Creditors | $938.81 | $0.00 | $0.00 |
| 14 | SELECT PORTFOLIO SERVICING INC<br>»» 014 | Mortgage Arrears | $24,325.88 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11928-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,500.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $37,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.