UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Chad E. Northeimer<br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-11928-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 31st day of October, 2024, by first class mail upon those listed below:

Chad E. Northeimer
328 Penn Ave.
Reading, PA  19611

**Electronically via CM/ECF System Only:**

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL, PA  18052

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee