United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-11928-pmm
Chad E. Northeimer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Oct 31, 2024      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad E. Northeimer, 328 Penn Ave., Reading, PA 19611-1145 |
| 14894743 | + | Debbie Uriarte, 841 Delta Ave., Reading, PA 19605-3014 |
| 14894746 | + | Marissa Strahin, 841 Delta Ave., Reading, PA 19605-3014 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 01 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 01 2024 00:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2024 00:25:31 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14900987 | | Email/Text: bnc@atlasacq.com | Nov 01 2024 00:08:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14896311 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2024 00:23:22 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14906222 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2024 00:24:09 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14914414 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 01 2024 00:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14898331 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:25:22 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14894744 | | Email/Text: crdept@na.firstsource.com | Nov 01 2024 00:09:00 | Firstsource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14894745 | ^ | MEBN | Nov 01 2024 00:07:14 | KML Law Group, Mellon Independence Center, 701 Market St. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14902897 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:23:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14909616 | + | Email/Text: bankruptcy@bbandt.com | Nov 01 2024 00:09:00 | LightStream, a division of Truist Bank, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14902273 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2024 00:24:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14913327 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Nov 01 2024 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14894747 | | Email/PDF: cbp@omf.com | Nov 01 2024 00:25:02 | One Main Financial, PO Box 981037, Boston, MA 02298-1037 |
| 14908668 | + | Email/PDF: cbp@omf.com | Nov 01 2024 00:25:07 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14902898 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:24:13 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894748 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 01 2024 00:09:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14894749 | ^ | MEBN | Nov 01 2024 00:07:16 | Unifin, Inc, PO Box 1608, Skokie, IL 60076-8608 |
| 14911846 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:24:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14894750 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 01 2024 00:23:26 | Wells Fargo Bank, 420 Montgomery St., San Francisco, CA 94104-1298 |
| 14915800 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 01 2024 00:09:00 | Wells Fargo Bank, National Association at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14896113 | ^ | MEBN | Nov 01 2024 00:07:15 | Wells Fargo Bank, National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024                    Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Wells Fargo Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17 bkgroup@kmllawgroup.com

KEVIN K. KERCHER
on behalf of Debtor Chad E. Northeimer kevinkk@kercherlaw.com  kevin@kercherlaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 31, 2024 | Form ID: pdf900 | Total Noticed: 26 |

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Chad E. Northeimer<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 24-11928-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*Patricia M. Mayer*

**Date: October 31, 2024**
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE